# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GINA BARTONE and MATEO CANU, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-01897-EMC |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFF PETER TITTL'S ADMINISTRATIVE MOTION TO RELATE CASES |
| v. | |
| META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC., | Judge:    Hon. Edward M. Chen |
| Defendants. | |
| PETER TITTL, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-01992-AGT |
| Plaintiff, | Judge:    Hon. Alex G. Tse |
| v. | |
| META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFF PETER TITTL'S ADMINISTRATIVE MOTION
TO RELATE CASES; No. 3:26-cv-01897-EMC

| | |
|---|---|
| NICOLAS TEJADA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., d/b/a SAMA, and LUXOTTICA OF AMERICA, INC.,<br><br>　　　　　　Defendants. | Case No. 4:26-cv-02015-HSG<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr. |
| ARSHAM KOSARI, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., d/b/a SAMA, and LUXOTTICA OF AMERICA, INC.,<br><br>　　　　　　Defendants. | Case No. 3:26-cv-02022-SK<br><br>Judge:　　Hon. Sallie Kim |
| PETER CANADY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC.,<br><br>　　　　　　Defendants. | Case No. 3:26-cv-02118-TSH<br><br>Judge:　　Hon. Thomas S. Hixson |

This matter comes before the Court on Plaintiff Peter Tittl's ("Plaintiff Tittl") Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civ. L. R. 3-12 and 7-11.

The Court, having considered Plaintiff Tittl's motion to relate *Bartone v. Meta Platforms, Inc. et al.*, No. 3:26-cv-01897-EMC ("*Bartone*"), *Tittl v. Meta Platforms, Inc. et al.*, 3:26-cv-01992-AGT ("*Tittl*"), *Tejada v. Meta Platforms, Inc. et al.*, 4:26-cv-02015-HSG ("*Tejada*"), *Kosari v. Meta Platforms, Inc. et al.*, 3:26-cv-02022-SK ("*Kosari*") and *Canady v. Meta Platforms, Inc. et al.*, 3:26-cv-02118-TSH ("*Canady*") and good cause appearing, HEREBY GRANTS the motion.

The *Bartone, Tittl, Tejada, Kosari* and *Canady* actions concern substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different judges. Therefore, the above matters are hereby related and reassigned to the undersigned judge.

**SO ORDERED**.

Dated: __April 14, 20__26

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF PETER TITTL'S ADMINISTRATIVE MOTION TO RELATE CASES; No. 3:26-cv-01897-EMC