**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GINA BARTONE and MATEO CANU, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC.,<br><br>        Defendants. | Case No. 3:26-cv-01897-EMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF PETER TITTL'S SECOND ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Judge:   Hon. Edward M. Chen |
| JUSTIN LEVIAN, NOEL FLORES, ALBERT MEJIA, NATASHA GAUVIN, ANTONIO ENRIQUEZ, SAMRIDH CHHETRI, SELINA DALLAS, NATHANIEL MARRUFO, AALIYAH ROSS, RAY RODRIGUEZ, CHRISTOPHER TAYLOR, and MOHAMMAD SUPIRO, individually and on behalf of all others similarly situated<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC.,<br><br>        Defendants. | Case No. 3:26-cv-02236<br><br>Judge:    Not Yet Assigned |

AIMEE STEARNS and ERIC YEPEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., and LUXOTTICA OF AMERICA, INC.,

Defendants.

Case No. 3:26-cv-02237

Judge:    Not Yet Assigned

This matter comes before the Court on Plaintiff Peter Tittl's ("Plaintiff Tittl") Second Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civ. L. R. 3-12 and 7-11.

The Court, having considered Plaintiff Tittl's motion to relate *Bartone et al. v. Meta Platforms, Inc. et al.*, No. 3:26-cv-01897-EMC ("*Bartone*"), *Levian et al. v. Meta Platforms, Inc. et al.*, No. 3:26-cv-02236 ("*Levian*") and *Stearns et al. v. Meta Platforms, Inc. et al.*, No. 3:26-cv-02237 ("*Stearns*") and good cause appearing, HEREBY GRANTS the motion.

The *Bartone, Levian and Stearns* actions concern substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different judges. Therefore, the above matters are hereby related and reassigned to the undersigned judge.

**SO ORDERED**.

Dated: __April 14, 2026__

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF PETER TITTL'S SECOND ADMINISTRATIVE MOTION TO RELATE CASES; No. 3:26-cv-01897-EMC