**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
633 Howard St.
San Francisco, CA 94105
Tel: (415) 651-7990

**CLARKSON LAW FIRM, P.C.**
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
Cassandra Rasmussen *(admitted pro hac vice)*
*crasmussen@clarksonlawfirm.com*
Jiaming Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

*[Additional counsel on signature pages]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GINA BARTONE, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC.,<br><br>　　　　　　　　Defendants. | Case No. 3:26-cv-01897-EMC<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Courtroom: 5 – 17th Floor<br>Judge:　　Hon. Edward M. Chen |

| | |
|---|---|
| PETER TITTL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC.,<br><br>Defendants. | Case No. 3:26-cv-01992-EMC |
| NICOLAS TEJADA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., d/b/a SAMA, and LUXOTTICA OF AMERICA, INC.,<br><br>Defendants. | Case No. 3:26-cv-02015-EMC |
| ARSHAM KOSARI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., d/b/a SAMA, and LUXOTTICA OF AMERICA, INC.,<br><br>Defendants. | Case No. 3:26-cv-02022-EMC |
| PETER CANADY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC.,<br><br>Defendants. | Case No. 3:26-cv-02118-EMC |

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

| | |
|---|---|
| JUSTIN LEVIAN, NOEL FLORES, ALBERT MEJIA, NATASHA GAUVIN, ANTONIO ENRIQUEZ, SAMRIDH CHHETRI, SELINA DALLAS, NATHANIEL MARRUFO, AALIYAH ROSS, RAY RODRIGUEZ, CHRISTOPHER TAYLOR, and MOHAMMAD SUPIRO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>         v.<br><br>META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC.,<br><br>                    Defendants. | Case No. 3:26-cv-02236-EMC |
| AIMEE STEARNS and ERIC YEPEZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>         v.<br><br>META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., and LUXOTTICA OF AMERICA, INC.,<br><br>                    Defendants. | Case No. 3:26-cv-02237-EMC |
| SHANETTA KIMBER, JALEESA SYKES, and W.R. BUTLER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>         v.<br><br>META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC.,<br><br>                    Defendants. | Case No. 3:26-cv-02243-EMC |

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

| | |
|---|---|
| STEVEN BELTRAN, ALICIA PEREZ, and TERRANCE MOORE, on behalf of themselves and all others similarly situated, | Case No. 3:26-cv-02283-EMC |
| Plaintiffs, | |
| v. | |
| META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., and LUXOTTICA OF AMERICA, INC., | |
| Defendants. | |
| ESSENCE ROWE, on behalf of herself and all others similarly situated, | Case No. 3:26-cv-2398-EMC |
| Plaintiff, | |
| v. | |
| META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., d/b/a SAMA, and LUXOTTICA OF AMERICA, INC., | |
| Defendants. | |
| LISA ROGERS, on behalf of herself and all others similarly situated, | Case No. 3:26-cv-02401-EMC |
| Plaintiff, | |
| v. | |
| META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., d/b/a SAMA, and LUXOTTICA OF AMERICA, INC., | |
| Defendants. | |

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

JEFFREY BOYLETT, individually and on behalf of all others similarly situated,

              Plaintiff,

    v.

META PLATFORMS, INC., and LUXOTTICA OF AMERICA, INC.,

              Defendants.

Case No. 3:26-cv-02409-EMC

ANDREW KANG and BETTY CHEN, individually and on behalf of all others similarly situated,

              Plaintiffs,

    v.

META PLATFORMS, INC., META PLATFORM TECHNOLOGIES, LLC, SAMASOURCE IMPACT SOURCING INC. d/b/a SAMA, and LUXOTTICA OF AMERICA, INC.,

              Defendants.

Case No. 3:26-cv-02503-EMC

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

WHEREAS, thirteen proposed class actions were filed in this District arising out of allegedly false advertising and/or privacy-related issues related to purchase and/or use of the Meta AI Glasses. Each of these actions name, at least, Meta and Luxottica of America, Inc.[1] as Defendants:

WHEREAS, on March 4, 2026, the Plaintiffs in *Bartone et al. v. Meta Platforms, Inc. et al.*, No. 3:26-cv-01897-EMC (N.D. Cal.), filed their case ("*Bartone*");

WHEREAS, on March 8, 2026, the Plaintiff in *Tittl v. Meta Platforms, Inc. et al.*, 3:26-cv-01992-EMC (N.D. Cal.), filed his case ("*Tittl*");

WHEREAS, on March 9, 2026, the Plaintiff in *Tejada v. Meta Platforms, Inc. et al.*, 3:26-cv-02015-EMC (N.D. Cal.), filed his case ("*Tejada*");

WHEREAS, on March 9, 2026, the Plaintiff in *Kosari v. Meta Platforms, Inc. et al.*, 3:26-cv-02022-EMC (N.D. Cal.), filed his case ("*Kosari*");

WHEREAS, on March 11, 2026, the Plaintiff in *Canady v. Meta Platforms, Inc. et al.*, 3:26-cv-02118-EMC (N.D. Cal.), filed his case ("*Canady*");

WHEREAS, on March 13, 2026, the Plaintiffs in *Levian et al. v. Meta Platforms, Inc. et al.*, 3:26-cv-02236-EMC (N.D. Cal.), filed their case ("*Levian*");

WHEREAS, on March 13, 2026, the Plaintiffs in *Stearns et al. v. Meta Platforms, Inc. et al.*, 3:26-cv-02237-EMC (N.D. Cal.), filed their case ("*Stearns*");

WHEREAS, on March 16, 2026, the Plaintiffs in *Kimber et al. v. Meta Platforms, Inc. et al.*, 3:26-cv-02243-EMC (N.D. Cal.), filed their case ("*Kimber*");

WHEREAS, on March 16, 2026, the Plaintiffs in *Beltran et al. v. Meta Platforms, Inc. et al.*, 3:26-cv-02283-EMC (N.D. Cal.), filed their case ("*Beltran*");

WHEREAS, on March 19, 2026, the Plaintiff in *Rowe v. Meta Platforms Inc. et al.*, 3:26-cv-02398-EMC (N.D. Cal.), filed her case ("*Rowe*");

WHEREAS, on March 19, 2026, the Plaintiff in *Rogers v. Meta Platforms Inc. et al.*, 3:26-cv-

---

[1] The *Tejada*, *Kosari*, *Stearns*, *Beltran*, *Rowe*, *Rogers,* and *Kang* actions also allege claims against Samasource Impact Sourcing Inc.

1

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

02401-EMC (N.D. Cal.), filed her case ("*Rogers*");

WHEREAS, on March 19, 2026, the Plaintiff in *Boylett v. Meta Platforms, Inc. et al*., 3:26-cv-02409-EMC (N.D. Cal.), filed his case ("*Boylett*");

WHEREAS, on March 23, 2026, the Plaintiffs in *Kang, et al. v. Meta Platforms, Inc. et al*., 3:26-cv-02503-EMC (N.D. Cal.), filed their case ("*Kang*");

WHEREAS, these actions are collectively referred to as "Related Actions."

WHEREAS, between March 12, 2026, and March 24, 2026, Plaintiff Peter Tittl ("Plaintiff Tittl"), the named Plaintiff in *Tittl*, No. 3:26-cv-01992-AMO, filed motions to relate the *Tittl*, *Tejada*, *Kosari*, *Canady*, *Levian*, *Stearns*, *Kimber*, *Beltran*, *Rowe*, *Rogers,* and *Kang* Actions to the *Bartone* case. *See Bartone*, ECF 17, 20, 23, 32.[2] These cases have now been related. *See Bartone* ECF 46, 47, 48, 49, 50.

WHEREAS, Plaintiffs in the Related Actions ("Plaintiffs") have conferred and agree that consolidation of all Related Actions is appropriate under Federal Rule of Civil Procedure 42(a) because Plaintiffs contend the Related Actions involve some common questions of law and fact. Specifically, the cases name common Defendants, include substantially similar factual allegations regarding Defendants' alleged false advertising and/or collection, cataloging and storage of Plaintiffs' and Class Members' personal video footage taken using Meta AI Glasses;

WHEREAS, Plaintiffs agree that a process for the appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) will be beneficial to the effective prosecution of the class claims;

WHEREAS, Plaintiffs have conferred with counsel for Defendants Meta Platforms, Inc., Luxottica of America, Inc, and Samasource Impact Sourcing Inc., and they (i) do not oppose consolidation under Fed. R. Civ. P. 42(a) or the appointment of necessary and appropriate interim class counsel; (ii) take no position on the designation of any specific counsel as interim class counsel; and (iii) agree with the proposed pleading and briefing schedules set forth herein;[3]

---

[2] Unless otherwise noted, all references to ECF Numbers herein refer to those in the *Bartone* case.

[3] The parties agree that Meta, Luxottica, and Sama are not waiving any rights or defenses, including under Rule 12, or their ability to seek to compel arbitration.

2

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

WHEREAS, to conserve party resources and promote efficiency, Plaintiffs agree to stay Defendants' responses to the complaints in the Related Actions until after the filing of a consolidated complaint;

WHEREAS, Plaintiffs propose, subject to Court approval, that this action proceed on the following schedule:

- Any Plaintiffs' counsel may file an individual or joint application for consideration as interim class counsel, as set forth in paragraph 7, below;

- Plaintiffs will file a consolidated complaint no later than 45 calendar days following the appointment of interim class counsel; and

- Defendants will respond to the consolidated complaint within 75 calendar days of its filing. If Defendants respond by way of motion, Plaintiffs will have 60 calendar days to oppose the motion(s), and Defendants will have 30 calendar days to reply.

NOW THEREFORE, Plaintiffs through their respective counsel and subject to the Court's approval, STIPULATE and AGREE that:

1. The following actions pending in this District should be consolidated for all proceedings and purposes, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):

- *Bartone et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-01897-EMC
- *Tittl v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-01992- EMC
- *Tejada v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02015- EMC
- *Kosari v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02022- EMC
- *Canady v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02118- EMC
- *Levian et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02236- EMC
- *Stearns et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02237- EMC
- *Kimber et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02243- EMC
- *Beltran et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02283- EMC
- *Rowe v. Meta Platforms Inc. et al.*, Case No. 3:26-cv-02398- EMC

3

- *Rogers v. Meta Platforms Inc. et al.*, Case No. 3:26-cv-02401- EMC
- *Boylett v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02409- EMC
- *Kang et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02503- EMC

2. The deadlines for Defendants to respond to each of the complaints within the Consolidated Action are all stayed until after the filing of a consolidated complaint;

3. All papers filed in the Consolidated Action must be filed under Case No. 3:26-cv-01897-EMC, the number assigned to the first-filed case, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Meta AI Glasses Litigation* | Master File Case No. 3:26-cv-01897-EMC |

4. The case file for the Consolidated Action will be maintained under the Master File Case No. 3:26-cv-01897-EMC.

5. The clerk is directed to administratively close the following related cases to the extent not already closed:

- *Tittl v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-01992-EMC
- *Tejada v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02015-EMC
- *Kosari v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02022-EMC
- *Canady v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02118-EMC
- *Levian et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02236-EMC
- *Stearns et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02237-EMC
- *Kimber, et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02243-EMC
- *Beltran, et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02283-EMC
- *Rowe v. Meta Platforms Inc. et al.*, Case No. 3:26-cv-02398-EMC
- *Rogers v. Meta Platforms Inc. et al.*, Case No. 3:26-cv-02401-EMC
- *Boylett v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02409-EMC
- *Kang, et al. v. Meta Platforms, Inc. et al.*, Case No. 3:26-cv-02503-EMC

4

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

6. Any subsequently filed, removed, or transferred action that alleges the same or substantially similar claims as those in the Consolidated Action shall be consolidated for all proceedings and purposes. Any party objecting to such consolidation must file a motion requesting relief from this order within 14 calendar days after the action is consolidated.

7. Whenever a related case that should be consolidated into this action is filed in, or transferred to, this District, the Parties will notify the Court as soon as practicable pursuant to Civil Local Rule 3-12.

8. Any Plaintiff's counsel who has filed an action in the Consolidated Action may file an individual or joint application for consideration as interim class counsel no later than 21 calendar days from the date of entry of the Court's order approving this stipulation. Each individual application shall be limited to 7 pages, and each joint application shall be limited to 20 pages. Each individual or joint application shall address the factors set forth in Rule 23(g) and may attach or include a link to their firm resume(s). No responses shall be filed.

9. The parties agree that the case will proceed on the following schedule:

- Plaintiffs shall file a consolidated complaint no later than 45 calendar days following the appointment of interim class counsel;

- Defendants shall each respond to the consolidated complaint within 75 calendar days of its filing; and

- If Defendants respond by way of motion, Plaintiffs shall file their oppositions within 60 calendar days, and Defendants each shall file their replies within 30 calendar days.

**IT IS SO STIPULATED.**

Dated: April 17, 2026                    Respectfully submitted,

*/s/ Ryan J. Clarkson*
**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
633 Howard St.
San Francisco, CA 94105
Tel: (415) 651-7990

5

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

**CLARKSON LAW FIRM, P.C.**
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
Cassandra Rasmussen (*phv forthcoming*)
*crasmussen@clarksonlawfirm.com*
Jiaming Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

*Counsel for Plaintiffs Gina Bartone and Mateo Canu, Case No. 3:26-cv-01897-EMC*


*/s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

Bradley K. King (SBN 274399)
*bking@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: 917.336.0171
Facsimile: 917.336.0177

*Counsel for Plaintiff Peter Tittl, Case No. 3:26-cv-01992-EMC*


*/s/ William J. Edelman*
William J. Edelman (SBN: 285177)
*wedelman@milberg.com*
**MILBERG, PLLC**
227 West Monroe Street, Suite 2100

6

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

Chicago, IL 60606
Telephone: (866) 252-0878

Heather M. Lopez (SBN: 354022)
*hlopez@milberg.com*
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse,
Beverly Hills, CA 90212
Telephone: (331) 240-3015

Alexandra M. Honeycutt (*pro hac vice forthcoming*)
*ahoneycutt@milberg.com*
**MILBERG, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN
Telephone: (866) 252-0878

*Counsel for Plaintiff Nicolas Tejada,*
*Case No. 3:26-cv-02015-EMC*

*/s/ Kristen Lake Cardoso*
Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW P.A.**
One W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
cardoso@kolawyers.com

*Counsel for Plaintiff Arsham Kosari, Case No. 3:26-cv-*
*02022-EMC*

*/s/ Philip M. Black*
Philip M. Black (SBN 308619)
*pblack@wolfpopper.com*
Samuel Coffin (*pro hac vice forthcoming*)
*scoffin@wolfpopper.com*
**WOLF POPPER LLP**
570 Lexington Ave.
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

*Counsel for Peter Canady,*
*Case No. 3:26-cv-02118-EMC*

7

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

/s/ Megan E. Jones

Steven M. Nathan (SBN 153250)
snathan@hausfeld.com
Gisela Rosa (*pro hac vice forthcoming*)
zrosa@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-110
Facsimile: (212) 202-4322

Megan E. Jones (SBN 296274)
mjones@hausfeld.com
**HAUSFELD LLP**
580 California St, Fl 12
San Francisco, CA 94104-1033
Telephone: (415) 744-1951
Facsimile: (415) 358-4980

Amanda V. Boltax (*pro hac vice forthcoming*)
mboltax@hausfeld.com
John Thompson (*pro hac vice forthcoming*)
jthompson@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7200

Helen I. Zeldes (SBN 220051)
hzeldes@sshhzlaw.com
Susan G. Taylor (SBN 190753)
staylor@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4990

*Counsel for Justin Levian, Noel Flores, Albert Mejia, Natasha Gauvin, Antonio Enriquez, Samridh Chhetri, Selina Dallas, Nathaniel Marrufo, Aaliyah Ross, Ray Rodriguez, Christopher Taylor, and Mohammad Supiro, Case No. 3:26-cv-02236-EMC*

8

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

/s/ Christian Levis
Robert C. Schubert (SBN 62684)
*rschubert@sjk.law*
Willem F. Jonckheer (SBN 178748)
*wjonckheer@sjk.law*
Amber L. Schubert (SBN 278696)
*aschubert@sjk.law*
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161

Christian Levis (*pro hac vice forthcoming*)
*clevis@lowey.com*
Amanda Fiorilla (*pro hac vice forthcoming*)
*afiorilla@lowey.com*
Rachel Kesten (*pro hac vice forthcoming*)
*rkesten@lowey.com*
Katherine Boyd (*pro hac vice forthcoming*)
*kboyd@lowey.com*
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Counsel for Aimee Stearns and Eric Yepez, Case No. 3:26-cv-02237-EMC*

/s/ Lori G. Feldman
Lori G. Feldman (*admitted pro hac vice*)
**HECHT PARTNERS LLP**
David L. Hecht (*pro hac vice forthcoming*)
*dhecht@hechtpartners.com*
Brittany L. Sackrin (*pro hac vice forthcoming*)
*bsackrin@hechtpartners.com*
Justin Alvarez-Herman (*pro hac vice forthcoming*)
*jalvarezherman@hechtpartners.com*
Tiffany Wong (*pro hac vice forthcoming*)
*twong@hechtpartners.com*
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821

9

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

**HECHT PARTNERS LLP**
Kathryn (Lee) Boyd (SBN 189496)
*lboyd@hechtpartners.com*
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Telephone: (646) 502-9515

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice forthcoming*)
2500 Wilcrest, Suite 300
Houston, TX 77042

*Counsel for Shanetta Kimber, Jaleesa Sykes, and W.R. Butler, Case No. 3:26-cv-02243-EMC*


*/s/ Thomas E. Loeser*
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Thomas E. Loeser (SBN 202724)
*tloeser@cpmlegal.com*
Gia Jung (SBN 340160)
*gjung@cpmlegal.com*
**COTCHETT PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
T: (650) 687-6000
F: (650) 697-0577

Karin B. Swope (*pro hac vice forthcoming*)
*kswope@cpmlegal.com*
Jacob M. Alhadeff (*pro hac vice forthcoming*)
*jalhadeff@cpmlegal.com*
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
T: (206) 802-1272
F: (206)-299-4184

Eduard Korsinsky (*admitted pro hac vice*)
*ek@zlk.com*
Mark Jensen (*pro hac vice forthcoming*)
*mjensen@zlk.com*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor

10

New York, NY 10004
T: (212) 363-7500
F: (212) 363-7171

*Counsel for Steven Beltran, Alicia Perez, and Terrance Moore, Case No. 3:26-cv-02283-EMC*

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (SBN 220340)
*bbleichner@chestnutcambronne.com*
Philip J. Krzeski (*pro hac vice forthcoming*)
*pkrzeski@chestnutcambronne.com*
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, UNIT 1700
Minneapolis, Minnesota 55401
Tel: (612) 339-7300

*Counsel for Plaintiff Essence Rowe, Case No. 3:26-cv-02398-EMC*

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (SBN 220340)
*bbleichner@chestnutcambronne.com*
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, UNIT 1700
Minneapolis, Minnesota 55401
Tel: (612) 339-7300

Tyler J. Bean (*pro hac vice forthcoming*)
*tbean@sirillp.com*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091

*Counsel for Plaintiff Lisa Rogers, Case No. 3:26-cv-02401-EMC*

*/s/ John A. Yanchunis*
John A. Yanchunis *(admitted pro hac vice)*
*yanchunis@forthepeople.com*
**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602

11

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
*mram@forthepeople.com*
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone:     (415) 358-6913
Facsimile:     (415) 358-6923

**HECHT PARTNERS LLP**
Kathryn (Lee) Boyd (SBN 189496)
*lboyd@hechtpartners.com*
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Telephone: (646) 502-9515

**HECHT PARTNERS LLP**
Lori G. Feldman (*pro hac vice forthcoming*)
*lfeldman@hechtpartners.com*
David L. Hecht (*pro hac vice forthcoming*)
*dhecht@hechtpartners.com*
Brittany L. Sackrin (*pro hac vice forthcoming*)
*bsackrin@hechtpartners.com*
Justin Alvarez-Herman (*pro hac vice forthcoming*)
*jalvarezherman@hechtpartners.com*
Tiffany Wong (*pro hac vice forthcoming*)
*twong@hechtpartners.com*
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice forthcoming*)
*jemerson@emersonfirm.com*
2500 Wilcrest, Suite 300
Houston, TX 77042-2754
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

*Counsel for Plaintiff Jeffrey Boylett, Case No. 3:26-cv-02409-EMC*

*/s/ Tyler S. Graden*
Jordan E. Jacobson (SBN 302543)
*jjacobson@ktmc.com*

12

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Melissa L. Yeates *(admitted pro hac vice)*
*myeates@ktmc.com*
Tyler S. Graden *(admitted pro hac vice)*
*tgraden@ktmc.com*
Daniel S. Dicce *(admitted pro hac vice)*
*ddicce@ktmc.com*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (SBN 296164)
*jjoost@ktmc.com*
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000

*Counsel for Plaintiff Andrew Kang and Betty Chen, Case No. 3:26-cv-02503- EMC*


*/s/Jeffrey E. Faucette*
Jeffrey E. Faucette (No. 193066)
**SKAGGS FAUCETTE LLP**
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Telephone: (415) 874-3181
jeff@skaggsfaucette.com

Dane Butswinkas *(admitted pro hac vice)*
Richmond T. Moore *(phv forthcoming)*
Matthew Nicholson *(admitted pro hac vice)*
Timothy M. Pellegrino *(admitted pro hac vice)*
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington , DC 20024
Telephone: (202) 434-5688
DButswinkas@wc.com
RMoore@wc.com
MNicholson@wc.com
TPellegrino@wc.com

*Counsel for Defendant Meta Platforms, Inc.*

13

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

*/s/Gregory Bordo*
Gregory Bordo (SBN 156147)
*Greg.Bordo@blankrome.com*
**BLANK ROME LLP**
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Frank A. Dante *(admitted pro hac vice)*
*Frank.Dante@blankrome.com*
Melissa Fundora Murphy *(admitted pro hac vice)*
*Melissa.Murphy@blankrome.com*
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Counsel for Defendant Luxottica of America Inc.*


*/s/Benjamin M. Sadun*
Russell P. Cohen (SBN 213105)
*Russ.Cohen@dechert.com*
**DECHERT LLP**
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

Benjamin M. Sadun (SBN 287533)
*Benjamin.Sadun@dechert.com*
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Counsel for Defendant Samasource Impact Sourcing Inc., d/b/a Sama*

14

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC

# [PROPOSED] ORDER

The parties' foregoing stipulation, good cause appearing, is GRANTED.

Date:  April 22, 2026

_____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

15

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL;
Case No. 3:26-cv-01897-EMC