UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GINA BARTONE, et al.,

        Plaintiffs,

    v.

META PLATFORMS, INC., et al.,

        Defendants.

Case No.  26-cv-01897-EMC

**ORDER RE MOTIONS TO APPOINT**

Per the stipulation and order at Docket No. 57, motions to appoint may be filed.  In addition to the criteria identified in Rule 23(g), a motion to appoint shall address the following:

1. Background of the firm(s) and attorneys.  Whether counsel come from the same firm or from different firms, the Court encourages a team of diverse attorneys (*e.g.*, years of experience, backgrounds).

2. How work will be allocated among counsel, how duplication of efforts will be minimized, and how cost efficiencies will be maintained.

3. A proposed case plan.

After motions to appoint have been filed, the Court shall determine whether a hearing is needed.

**IT IS SO ORDERED**.

Dated: April 22, 2026

_____
EDWARD M. CHEN
United States District Judge