**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
633 Howard St.
San Francisco, CA 94105
Tel: (415) 651-7990

**CLARKSON LAW FIRM, P.C.**
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
Cassandra Rasmussen (*Admitted PHV*)
*crasmussen@clarksonlawfirm.com*
Jiaming Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

*[Additional counsel on signature pages]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Meta AI Glasses Litigation | Master File Case No. 3:26-cv-01897-EMC |
| | **JOINT STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES** |
| | Courtroom: 5 – 17th Floor<br>Judge:     Hon. Edward M. Chen |

Plaintiffs Gina Bartone, Mateo Canu, Charles Graudins, James Diedrich, Monique Sainz, Nikolause Tucker, Neil Chen, Rickford Fraser, Kristi Stewart, Clarinda Byrd, Joseph Van Den Berghe, Daniel Doerr, Rahleisha Davis, Devon Dlugosz, Laddie Martinek, Jeffry Woodhead, Jason Hatch, Victor Mitchell, and Chandra Balderson and Defendants Meta Platforms, Inc., Luxottica of America Inc., and Samasource Impact Sourcing Inc., d/b/a Sama, through their respective counsel, stipulate to continue the deadlines set in the first filed case, as follows:

WHEREAS, on April 22, 2026, the Court consolidated thirteen related actions into the above-captioned proceeding and stayed all Defendants' responsive pleading deadlines pending the filing of a consolidated complaint. *See* ECF No. 57.

WHEREAS, Interim Class Counsel has not yet been appointed, no consolidated complaint has been filed, and the scope of claims, class definitions, and theories of liability remain unsettled.

WHEREAS, prior to the Court's consolidation of all related actions, several case deadlines were set in this action (*Bartone*), including ADR certification deadlines and initial discovery deadlines. *See* ECF Nos. 8 and 16.

WHEREAS, engaging in productive ADR discussions and exchanging formal discovery before appointment of interim class counsel would waste the parties' resources and would not meaningfully advance resolution of the litigation.

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval, STIPULATE and REQUEST that the Court stay all deadlines in the *Bartone* action, and reset them following the appointment of Interim Class Counsel, at a time to be set by the Court or agreed upon by the Parties.

**IT IS SO STIPULATED.**

Dated: May 21, 2026                    Respectfully submitted,

*/s/ Ryan J. Clarkson*
**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
633 Howard St.
San Francisco, CA 94105
Tel: (415) 651-7990

1

JOINT STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES;
Case No. 3:26-cv-01897-EMC

**CLARKSON LAW FIRM, P.C.**
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
Cassandra Rasmussen (*phv forthcoming*)
*crasmussen@clarksonlawfirm.com*
Jiaming Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

*Counsel for Plaintiffs Gina Bartone et al., Case No. 3:26-cv-01897-EMC*


*/s/ Timothy M. Pellegrino*
Jeffrey E. Faucette (SBN 193066)
**SKAGGS FAUCETTE LLP**
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Telephone: (415) 874-3181
jeff@skaggsfaucette.com

Dane Butswinkas (*admitted pro hac vice*)
Richmond T. Moore (*phv forthcoming*)
Matthew Nicholson (*admitted pro hac vice*)
Timothy M. Pellegrino (*admitted pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5688
DButswinkas@wc.com
RMoore@wc.com
MNicholson@wc.com
TPellegrino@wc.com

*Counsel for Defendant Meta Platforms, Inc.*


*/s/ Frank A. Dante*
Frank A. Dante (*admitted pro hac vice*)
Melissa Fundora Murphy (*admitted pro hac vice*)
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5645

2

JOINT STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES;
Case No. 3:26-cv-01897-EMC

Facsimile: 215.832.5645
frank.dante@blankrome.com
melissa.murphy@blankrome.com

Gregory Bordo (SBN 156147)
**BLANK ROME LLP**
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434
Greg.Bordo@blankrome.com

*Counsel for Defendant Luxottica of America Inc.*


*/s/ Benjamin M. Sadun*
Russell P. Cohen (SBN 213105)
*Russ.Cohen@dechert.com*
**DECHERT LLP**
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

Benjamin M. Sadun (SBN 287533)
*Benjamin.Sadun@dechert.com*
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Counsel for Defendant Samasource Impact Sourcing Inc., d/b/a Sama*

3

JOINT STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES;
Case No. 3:26-cv-01897-EMC

~~[PROPOSED]~~ **ORDER**

The Parties' foregoing stipulation, good cause appearing, is GRANTED.


Date:  May 21, 2026                                    _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

4

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER STAYING DEADLINES;
Case No. 3:26-cv-01897-EMC