**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Meta AI Glasses Litigation | Master Case File No. 3:26-cv-01897-EMC<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS STEARNS AND YEPEZ'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON MOTIONS TO APPOINT INTERIM CLASS COUNSEL** |

Before the Court is Plaintiffs Stearns and Yepez's Administrative Motion to Continue Hearing on Motions to Appoint Interim Class Counsel. The Court having considered all papers and, good cause appearing, **GRANTS** the Motion. It is hereby **ORDERED** that:

The hearing on the motions to appoint set for June 25, 2026 shall be continued to July 16, 2026.

**IT IS SO ORDERED.**

Dated: ___June 1, 2026___, 2026

_____

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE