UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META AI GLASSES LITIGATION. | Case No.  26-cv-01897-EMC |
| | **ORDER GRANTING MOTION TO APPOINT COTCHETT SLATE; AND DENYING MOTION TO APPOINT LOWEY SLATE** |
| | Docket Nos. 61, 63 |

Pending before the Court are competing motions to appoint interim class counsel.  Having considered the briefs and accompanying submissions, as well as the oral argument of counsel, the Court hereby **GRANTS** the motion to appoint the Cotchett slate and **DENIES** the motion to appoint the Lowey slate.

As the Court stated at the hearing, both slates are qualified.  The Court has selected the Cotchett slate in large part because of the experience of the three lead attorneys and the support for their leadership from the majority of the other Plaintiffs' counsel.[1]  The Court does have some concern about three Plaintiffs' firms being involved in the litigation.  However, this case does involve multiple defendants (including Meta) as well as cutting-edge technology and might possibly require the analysis of multiple states' laws.  Furthermore, the Cotchett slate has stated that Ms. Wolfson shall be personally responsible for ensuring that the case is litigated efficiently, and time for overseeing such administration shall not be billed to Plaintiffs and/or the putative class.

---

[1] The Court accepts the representation from the Cotchett slate that other Plaintiffs' counsel have not been promised any work and that, if work is distributed to attorneys outside of the Cotchett slate's firms, that will be only as necessary.

The Court thus appoints the following attorneys as Co-Lead Counsel:

- Thomas E. Loeser of Cotchett Pitre & McCarthy, LLP.

- Ryan J. Clarkson of Clarkson Law Firm, P.C.

- Tina Wolfson of Ahdoot & Wolfson, PC.

The appointment is of the individual attorneys, and not their law firms, although counsel may rely on attorneys from their firms to litigate the case.

Although Co-Lead Counsel have already submitted a proposed protocol for attorneys' fees and expenses, *see* Docket No. 61 (Appendix A), the Court orders Counsel to file an updated protocol reflecting the discussions on containing fees and costs as discussed at the hearing on the motions to appoint. The updated protocol shall be filed within one week of the date of this order.

This order disposes of Docket Nos. 61 and 63.

**IT IS SO ORDERED**.

Dated: July 19, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California

2