**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer (*pro hac vice* forthcoming)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
Daniel S. Dicce (appearance *pro hac vice*)
ddicce@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs Andrew Kang and Betty Chen*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Meta AI Glasses Litigation* | Case No. 3:26-cv-01897-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE**<br><br>Judge: Hon. Edward M. Chen |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Andrew Kang and Betty Chen, by and through their undersigned counsel, give notice that they are hereby voluntarily dismissing their claims against Defendants Meta Platforms, Inc., Samasource Impact Sourcing Inc., and Luxottica of America, Inc. without prejudice in the above captioned action. None of the Defendants have served an answer or a motion for summary judgment.

Dated: August 19, 2026

Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

*<u>/s/ Melissa L. Yeates</u>*
Joseph H. Meltzer (*pro hac vice* forthcoming)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
Daniel S. Dicce (appearance *pro hac vice*)
ddicce@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

*Counsel for Plaintiffs Andrew Kang and Betty Chen*