**CLARKSON LAW FIRM, P.C**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
633 Howard St.
San Francisco, CA 94105
Tel: (415) 651-7990

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111

**COTCHETT, PITRE & McCARTHY**
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*In re Meta AI Glasses Litigation*

Master File Case No. 3:26-cv-01897-EMC

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE AS TO SAMASOURCE IMPACT SOURCING, INC.**

Judge: Hon. Edward M. Chen

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL,

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(i), Plaintiffs Gina Bartone, Mateo Canu, Charles Graudins, James Diedrich, Monique Sainz, Nikolause Tucker, Neil Chen, Rickford Fraser, Kristi Stewart, Clarinda Byrd, Daniel Doerr, Rahleisha Davis, Devon Dlugosz, Laddie Martinek, Jeffry Woodhead, Jason Hatch, Mohammad Supiro, Natasha Gauvin, Nathaniel Marrufo, Christopher Taylor, Noel Flores, Samridh Chhetri, Aaliyah Ross, Peter Canady, Lisa Rogers, W.R. Butler, Peter Tittl, Victor Mitchell, Arsham Kosari, Terrance Moore, Alicia Perez, Steven Beltran, Essence Rowe, and Nicolas Tejada ("Named Plaintiffs") hereby voluntarily dismiss their individual claims *with prejudice* only as to Defendant Samasource Impact Sourcing Inc. d/b/a Sama ("Defendant").

Defendant has not yet filed an answer or summary judgment in this action, therefore, the Named Plaintiffs' claims against Defendant only may be dismissed in their entirety *with prejudice* without leave of Court.

This dismissal of Named Plaintiffs' individual claims against Defendant only does not in any way affect any other person's claims against Defendant, and does not in any way affect any claims whatsoever against any other defendant currently named or which may be named in this action or any other action.

Dated: August 20, 2026

Respectfully submitted,

/s/ Ryan J. Clarkson

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
633 Howard St.
San Francisco, CA 94105
Tel: (415) 651-7990

**CLARKSON LAW FIRM, P.C.**
Yana Hart (SBN 306499)
yhart@clarksonlawfirm.com
Bryan P. Thompson (SBN 354683)
bthompson@clarksonlawfirm.com

Cassandra Rasmussen (*pro hac vice*)
crasmussen@clarksonlawfirm.com
Jiaming Zheng (SBN 363184)
jzheng@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111

**COTCHETT, PITRE & McCARTHY, LLP**
Mark Cotton Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Karin Swope *(pro hac vice))*
kswope@cpmlegal.com
840 Malcom Road #200
Burlingame CA 94010
Tel (650) 697-6000

*Co-lead Counsel for Plaintiffs*