Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111

Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
**CLARKSON LAW FIRM, P.C.**
633 Howard St.
San Francisco, CA 94105
Telephone: (415) 651-7990

Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
**COTCHETT PITRE & MCCARTHY**
840 Malcom Road
Burlingame CA 98101
Telephone: (650) 697-6000

*Interim Co-Lead Counsel for Plaintiffs*
*[Additional Counsel on Signature Page]*

Jeffrey E. Faucette (No. 193066)
jeff@skaggsfaucette.com
**SKAGGS FAUCETTE LLP**
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Telephone: (415) 874-3181

Richmond T. Moore (pro hac vice)
Matthew Nicholson (pro hac vice)
J. Liat Rome (pro hac vice)
Timothy M. Pellegrino (pro hac vice)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5688

*Attorneys for Defendant,*
*META PLATFORMS, INC.*

Frank A. Dante (pro hac vice)
frank.dante@blankrome.com
Melissa Fundora Murphy (pro hac vice)
Michael A. Stoolman (pro hac vice)
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5645

Gregory M. Bordo (SBN 156147)
gregory.bordo@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400

*Attorneys for Defendant,*
*LUXOTTICA OF AMERICA INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Meta AI Glasses Litigation*<br><br>This document relates to:<br>All actions | Master File Case No. 3:26-cv-01897-EMC<br><br>Assigned to Hon. Edward M. Chen<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' RULE 23(d) MOTION** |

**STIPULATION AND ~~[PROPOSED]~~ ORDER** **AS MODIFIED**

**WHEREAS**, on November 5, 2026, Plaintiffs filed a motion for an order against Defendant Meta Platforms, Inc. ("Meta") restricting communications with, and requiring issuance of corrective notice to, putative class members under Fed. R. Civ. P. 23(d) (ECF 147);

**WHEREAS**, the current briefing schedule calls for Meta to respond to the motion by November 19, 2026, and Plaintiffs to file their reply brief by November 27, 2026;

**WHEREAS**, a hearing on this motion is scheduled for December 17, 2026;

**WHEREAS**, the Parties have conferred and believe that a short extension of the briefing schedule is appropriate to avoid disrupting the upcoming Thanksgiving holiday;

**WHEREAS**, the Parties agree that good cause exists to extend the briefing schedule as follows:

- **Meta's Opposition**: November ~~24~~ **23**, 2026
- **Plaintiffs' Reply**: December ~~3~~ **2**, 2026
- **Hearing Date**: December 17, 2026 (unchanged)

**WHEREAS**, this brief extension will not impact the currently assigned hearing date and will ensure the briefing is complete no later than fourteen days before the scheduled hearing.

**IT IS THEREFORE STIPULATED AND AGREED,** by and between the Parties through their respective counsel, pursuant to Civil Local Rules 6-2 and 7-12, and subject to approval and order of the Court, that Meta's deadline to oppose Plaintiffs' Rule 23(d) motion is extended to November 24, 2026, and Plaintiffs' deadline to file a reply brief is extended to December 3, 2026. The hearing date remains unchanged.

Dated: November 10, 2026

*/s/ Jeffrey E. Faucette*
Jeffrey E. Faucette (No. 193066)
jeff@skaggsfaucette.com
**SKAGGS FAUCETTE LLP**
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Telephone: (415) 874-3181

**WILLIAMS & CONNOLLY**
Richmond T. Moore (*admitted pro hac vice*)
rtmoore@wc.com

Matthew Nicholson (*admitted pro hac vice*)
mnicholson@wc.com
J. Liat Rome (*admitted pro hac vice*)
lrome@wc.com
Timothy M. Pellegrino (*admitted pro hac vice*)
tpellegrino@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5688

*Attorneys for Defendant,*
META PLATFORMS, INC.

Dated: November 10, 2026

*<u>/s/ Frank A. Dante</u>*
**BLANK ROME LLP**
Frank A. Dante (*admitted pro hac vice*)
frank.dante@blankrome.com
Melissa Fundora Murphy (*admitted pro hac vice*)
melissa.murphy@blankrome.com
Michael A. Stoolman (*admitted pro hac vice*)
michael.stoolman@blankrome.com
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5645

Gregory M. Bordo (SBN 156147)
gregory.bordo@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

*Attorneys for Defendant,*
LUXOTTICA OF AMERICA INC.

Dated: November 10, 2026

*<u>/s/ Mark C. Molumphy</u>*
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111

Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
**CLARKSON LAW FIRM, P.C.**
633 Howard St.

San Francisco, CA 94105
Telephone: (415) 651-7990

*Interim Co-Lead Counsel for Plaintiffs*

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 10, 2026

**SKAGGS FAUCETTE LLP**

By: */s/ Jeffrey E. Faucette*

**~~[PROPOSED]~~ ORDER AS MODIFIED**

PURSUANT TO STIPULATION, IT IS SO ORDERED. **Meta's Opposition: November 23, 2026**
**Plaintiffs' Reply: December 2, 2026**

DATED: November 12, 2026

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE