**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*In re Meta AI Glasses Litigation*

Master File Case No. 3:26-cv-01897-EMC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIV. L.R. 3-12 AND 7-11 AND TO CONSOLIDATE PURSUANT TO THE COURT'S CONSOLIDATION ORDER (ECF 57)**

Judge: Hon. Edward M. Chen

ANGELO SUBIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-12135-RFL

Judge: Hon. Rita F. Lin

The Court, having considered Plaintiffs' Administrative Motion to relate *Subia v. Meta Platforms, Inc.*, N.D. Cal. No. 3:26-cv-12135-RFL ("*Subia*") to the Consolidated Action *In re Meta AI Glasses Litigation* and good cause appearing, HEREBY GRANTS the motion.

The *Subia* action concerns substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Therefore, the above matters are hereby related and reassigned to the undersigned judge. Pursuant to the Court's consolidation order (ECF 57 ¶ 6), *Subia* is CONSOLIDATED with the Consolidated Action for all proceedings and purposes. All further filings shall be made in Case No. 3:26-cv-01897-EMC, and the Clerk shall administratively close Case No. 3:26-cv-12135-RFL. The Interim Co-Lead Counsel appointed by the Court (ECF 88) shall continue to serve as Interim Co-Lead Counsel for Plaintiffs in the Consolidated Action.

Dated: ___________

___________________________________

HON. EDWARD M. CHEN
United States District Judge